PROB 35                          **Report and Order Terminating Probation**
(Rev. 7/97)                     **Prior to Original Expiration Date**

FILED
BY: _____ pn
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF UTAH

UNITED STATES OF AMERICA

                            v.          Criminal No. 2:96-CR-00189-002-G

DAVID NEIL MERCER

On April 9, 1997 the above named was placed on Probation for a period of three years. The defendant has complied with the rules and regulations of Probation and is no longer in need of supervision. It is accordingly recommended that the defendant be discharged from supervision.

                            Respectfully submitted,

                            _____
                            Kent A. Cameron
                            United States Probation Officer

Pursuant to the above report, it is ordered that the * be discharged from supervision and that the proceedings in the case be terminated.

Dated this __16th__ day of __April__, 19__98__.

                            _____
                            J. Thomas Greene
                            United States District Judge

                                                                    ksj
                    United States District Court
                              for the
                         District of Utah
                         April 17, 1998


                * * MAILING CERTIFICATE OF CLERK * *


Re:   2:96-cr-00189


True and correct copies of the attached were mailed by the clerk to the
following:

      Wayne Dance, Esq.
      US ATTORNEYS OFFICE - UTAH
      ,
      FAX 9,5246925

      Mr. Fred Metos, Esq.
      10 W BROADWAY STE 650
      SALT LAKE CITY, UT  84101
      FAX 9,3645014